IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN W. COLLISTER, | § § § | |
| PLAINTIFF, | § § | |
| VS. | § § § | CIVIL ACTION NO. 1:19-cv-350 |
| KXAN-TV, NEXSTAR MEDIA GROUP, INC., CHAD CROSS, INDIVIDUALLY, ERIC LASSBERG, INDIVIDUALLY, AND CATHERINE STONE, INDIVIDUALLY, | § § § § § § § | |
| DEFENDANTS. | § § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants KXAN-TV ("KXAN-TV), Nexstar Media Group, Inc. ("Nexstar"), Chad Cross, Individually ("Cross"), and Eric Lassberg, Individually ("Lassberg") (collectively, "Nexstar Defendants"), by and through the undersigned counsel, notify this Court that they are removing the above-captioned action currently pending in the 345th Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas. In support of this Notice of Removal, the Nexstar Defendants state as follows:

1. Plaintiff Brian W. Collister ("Collister" or "Plaintiff") filed his Petition and Motion to Vacate Arbitration Award against Defendants in the 345th Judicial District Court of Travis County, Texas on March 5, 2019, in a civil action entitled, *Brian W. Collister v. KXAN-TV, Nexstar Media Group, Inc., Chad Cross, Individually, Eric Lassberg, Individually, and Catherine Stone, Individually*, Cause No. D-1-GN-19-001138 (the "State Court Action"), alleging he is entitled to recover under the Family and Medical Leave Act, 29 U.S.C. §2601 *et seq.* and the Americans with

Disabilities Act, 42 U.S.C. §12101 *et seq*. The Nexstar Defendants received service of Plaintiff's Original Petition on or about March 6, 2019. This Notice of Removal is filed with this Court within thirty days of the receipt of Plaintiff's Original Petition as required by 28 U.S.C. § 1446(b)(3).

2. Defendant Catherine Stone has not been served. She was the arbitrator agreed to by the parties in the arbitration proceeding before the American Arbitration Association. She is not a proper party in this case.

3. Pursuant to 28 U.S.C. § 1446(a), Defendants file herein a true and correct copy of all processes, docket sheets, pleadings, and orders served upon the Defendants in the State Court Action.

4. This Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 because this is a civil action arising under the Constitution and laws of the United States. In his Original Petition, Plaintiff complains of the attached Final Award ("Award") of the Arbitrator finding no liability on his claims under the Family and Medical Leave Act, 29 U.S.C. §2601 *et seq*. and the Americans with Disabilities Act, 42 U.S.C. §12101 *et seq*. Further, Plaintiff's challenge to the Arbitrator's Award is governed by the Federal Arbitration Act, 9 U.S.C. § 9

5. The only Defendants who have been properly served are the Nexstar Defendants and they consent to the removal of this case to federal court. The Arbitrator, Catherine Stone, has not been served.

6. In accordance with 28 U.S.C. § 1446(d), the Nexstar Defendants are promptly filing a copy of this Notice of Removal with the Clerk of District Court of Travis County, Texas.

7. In accordance with 28 U.S.C. § 1446(d), the Nexstar Defendants are also giving written notice to Plaintiff by promptly serving this Notice of Removal upon Plaintiff Pro-Se.

8.  Pursuant to 28 U.S.C. § 1441, the Nexstar Defendants seek to remove this case to the United States District Court for the Western District of Texas, Austin Division, which is the District Court located in the federal district and division where the State Court Action is pending.

WHEREFORE, the Nexstar Defendants respectfully request that the above-captioned action now pending in the 345th Judicial District Court of Travis County, Texas be removed to the United States District Court for the Western District of Texas, and that said Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal.

Respectfully submitted,

*/s/ William L. Davis*
William L. Davis, Esq.
State Bar No. 05563800
davisw@jacksonlewis.com
Julie C. Tower, Esq.
State Bar No. 24070756
Julie.tower@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS KXAN-TV, NEXSTAR MEDIA GROUP, INC., CHAD CROSS, AND ERIC LASSBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to the following Pro-Se Plaintiff via email and certified mail, return receipt requested, on March 25, 2019:

> Brian Collister
> Plaintiff Pro-Se
> 295 Desert Willow Way
> Austin, Texas  78737
> (512) 808-8217
> Briancollister@yahoo.com

*/s/ William L. Davis*
William L. Davis

4837-5072-6542, v. 1