Attachment 10 - Motion

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## _____ DIVISION

Brian William Collister

PLAINTIFF

CIVIL ACTION NO. 1:19-CV-00350-LY

v.                                                                          CASE NUMBER

KXAN et al

DEFENDANT(S)

MOTION FOR  Restraining Order

Now comes  BRIAN W. COLLISTER PLAINTIFF,

Plaintiff *pro se*, and requests the Court to: Issue restraining order to prevent further spoliation of evidence by Defendants related to Plaintiff's employment and all other related matters.

Plaintiff's request is based on the fact Nexstar Media Group, Inc. policy requires deletion of all emails 2 years after they were sent or received. In addition to retaining all emails since Plaintiff's date of hire, Plaintiff also requests the restraining order prevent destruction of any and all records relating to or referencing Plaintiff's employment and any all all matters related to it, including those that are on-going.

Date:  7/1/2019                                                        /s/ *Brian Collister*

                                            Signature

                               Address:  295 Desert Willow Way Austin TX 78737

                               Phone:  512-808-8217

Rev. Ed. October 26, 2017

50

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**BRIAN COLLISTER,**  )(
**Plaintiff**

)(   CASE NO.   1:19-cv-00350

**V.**

)(

**KXAN & NEXSTAR, et al**
**DEFENDANT**

### CERTIFICATE OF SERVICE

I, __Brian William Collister__, Plaintiff pro se, do here by certify that on the __5th__ Day of __July__, 2019, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by Notice of Electronic Filing (NEF) and email sent by Plaintiff at the following email address: William.Davis@jacksonlewis.com .

William L. Davis, Esq. State Bar No. 05563800
davisw@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH:  (214) 520-2400
FX:  (214) 520-2008

Dated:  7/5/2019

/S/ *Brian Collister*
Signature of Plaintiff

**Rev. Ed. October 26, 2017**